__DAVID C. BROWN__ F-55818
_Petitioner_

__M.E. POULOS (WARDEN) ET. AL.__
_Respondent(s)_

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

FILED
2008 FEB -6 PM 2:56
CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

08cv0017 JM (NLS)

I, __DAVID BROWN__, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed? ☐ Yes ☑ No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. __N/A    N/A    N/A__

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. __OCT 15, 2003__

2. Have you received, within the past twelve months, any money from any of the following sources?
   a. Business, profession or form of self-employment?  ☐ Yes ☑ No
   b. Rent payments, interest or dividends?  ☐ Yes ☑ No
   c. Pensions, annuities or life insurance payments?  ☐ Yes ☑ No
   d. Gifts or inheritances?  ☐ Yes ☑ No
   e. Any other sources?  ☐ Yes ☑ No

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: __N/A    N/A    N/A    N/A__

3. Do you own any cash, or do you have money in a checking or savings account? _(Include any funds in prison accounts)_
   ☐ Yes ☑ No
   If the answer is yes, state the total value of the items owned: __N/A    N/A__

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☐ Yes ☒ No

   If the answer is yes, describe the property and state its approximate value: __N/A__

   __N/A__

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: __N/A__

   __N/A__   __N/A__

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on __12-17-2007__    __David C. Brown__
           Date                  Signature of Petitioner

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ __$9.66__ on account to his credit at the __California Institution for Men__ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution: __N/A__

__1/17/08__                   __[signature]  CC-1__
  Date                        Authorized Officer of Institution/Title of Officer
                              F. N. Spilner

```
TS210B            CALIFORNIA DEPARTMENT OF CORRECTIONS
                      ITAS TRUST ACCOUNT DISPLAY

--------------- ACCOUNT INFORMATION --------------- ------ SPECIAL ITEMS -------

ACCOUNT NUMBER:  F55818
  ACCOUNT NAME:  BROWN, DAVID  CARLTON
  ACCOUNT TYPE:  I
CURRENT BALANCE:       9.66
   HOLD BALANCE:       3.35
 ENCUM. BALANCE:       0.00
      AVAILABLE:       6.31
PRIVILEGE GROUP: A
   LAST CANTEEN: 12/10/2007
-------------------------- ACCOUNT TRANSACTIONS ------------------------TS210CA
  DATE    TRAN   AMOUNT      DESCRIPTION    CHECK NUM    COMMENT      BALANCE
--------  ----  ----------  ---------------  ----------  ----------  ----------
11/07/07  W502      0.25-   POSTAGE CHARGE               2698/LPOST      4.85
11/09/07  W502      1.82-   POSTAGE CHARGE               2800/LPOST      3.03
12/06/07  VD54      8.38    INMATE PAYROLL-              3143/NOV07     11.41
12/06/07  VD54     12.24    INMATE PAYROLL-              3166/OCT07     23.65
12/10/07  FC02     23.65-   DRAW-FAC 2                   3196/MSF1       0.00
01/07/08  VD54      9.66    INMATE PAYROLL-              3593/DEC07      9.66
PAGE#     1 OF    7 PAGES

  REST   ACCOUNT  PREVIOUS   NEXT       DISPLAY  SELECT    PRINT     MAIN
  FINES  DISPLAY    PAGE     PAGE       HOLDS    NEW ACCT  SCREEN    MENU
```

```
TS210B            CALIFORNIA DEPARTMENT OF CORRECTIONS
                       ITAS TRUST ACCOUNT DISPLAY

--------------- ACCOUNT INFORMATION --------------- ------ SPECIAL ITEMS -------

ACCOUNT NUMBER:  F55818
  ACCOUNT NAME:  BROWN, DAVID  CARLTON
  ACCOUNT TYPE:  I
CURRENT BALANCE:       9.66
   HOLD BALANCE:       3.35
 ENCUM. BALANCE:       0.00
      AVAILABLE:       6.31
PRIVILEGE GROUP: A
  LAST CANTEEN:  12/10/2007
-------------------------- ACCOUNT TRANSACTIONS -------------------------TS210CA
   DATE   TRAN   AMOUNT    DESCRIPTION     CHECK NUM    COMMENT     BALANCE
 -------- ----  ---------- --------------- ----------- ----------  ----------

 10/04/07 VD54      9.66  INMATE PAYROLL-               2003/SEPT     15.66
 10/18/07 W516      0.40- LEGAL COPY CHAR               2287/COPY     15.26
 10/19/07 W502      2.16- POSTAGE CHARGE                2310/POST     13.10
 10/19/07 W516      7.20- LEGAL COPY CHAR               2343/LCOPY     5.90
 10/19/07 W516      0.40- LEGAL COPY CHAR               2343/LCOPY     5.50
 11/02/07 W516      0.40- LEGAL COPY CHAR               2636/LCOPY     5.10
PAGE#    2 OF    7 PAGES

  REST   ACCOUNT  PREVIOUS   NEXT        DISPLAY  SELECT    PRINT    MAIN
  FINES  DISPLAY   PAGE      PAGE         HOLDS   NEW ACCT  SCREEN   MENU
```

```
TS210B              CALIFORNIA DEPARTMENT OF CORRECTIONS
                         ITAS TRUST ACCOUNT DISPLAY

--------------- ACCOUNT INFORMATION --------------- ------ SPECIAL ITEMS -------

ACCOUNT NUMBER:  F55818
   ACCOUNT NAME: BROWN, DAVID  CARLTON
   ACCOUNT TYPE: I
CURRENT BALANCE:       9.66
   HOLD BALANCE:       3.35
ENCUM. BALANCE:        0.00
      AVAILABLE:       6.31
PRIVILEGE GROUP: A
   LAST CANTEEN: 12/10/2007
-------------------------- ACCOUNT TRANSACTIONS --------------------------TS210CA
   DATE   TRAN   AMOUNT    DESCRIPTION    CHECK NUM    COMMENT      BALANCE
 -------- ----  ---------  -------------  ----------  -----------  ----------

 08/08/07 W502    0.87-  POSTAGE CHARGE                0803/LPOST     12.84
 08/09/07 W516    0.30-  LEGAL COPY CHAR               0840/LCOPY     12.54
 08/09/07 W502    0.25-  POSTAGE CHARGE                0853/ POST     12.29
 08/13/07 FC02   12.29-  DRAW-FAC 2                    887 MIN1ST      0.00
 09/07/07 VD54   10.30   INMATE PAYROLL-               1415/AUG07     10.30
 09/14/07 W516    4.30-  LEGAL COPY CHAR               1624/COPY       6.00
 PAGE#    3 OF    7 PAGES


   REST    ACCOUNT  PREVIOUS   NEXT           DISPLAY  SELECT     PRINT      MAIN
   FINES   DISPLAY    PAGE     PAGE            HOLDS   NEW ACCT   SCREEN     MENU
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CARLTON BROWN,<br><br>                    Petitioner,<br><br>      v.<br><br>M. E. POULOS, Warden, et al.,<br><br>                    Respondents. | Civil No.   08cv0017-JM (NLS)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Petitioner, a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, but has failed to pay the $5.00 filing fee and has failed to move to proceed in forma pauperis. Because this Court cannot proceed until Petitioner has either paid the $5.00 filing fee or qualified to proceed in forma pauperis, the Court **DISMISSES** the case without prejudice. See Rule 3(a), 28 U.S.C. foll. § 2254. If Petitioner wishes to proceed with this case, he must submit, **no later than March 10, 2008,** a copy of this Order with the $5.00 fee or with adequate proof of his inability to pay the fee. The Clerk of Court shall send a blank Southern District of California In Forma Pauperis Application to Petitioner along with a copy of this Order.

**IT IS SO ORDERED.**

DATED: January 15, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

CC:          ALL PARTIES

-1-