1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  GARY W. SCHONS
   Senior Assistant Attorney General
3  PETER QUON, JR.
   Supervising Deputy Attorney General
4  STEPHANIE H. CHOW, State Bar No. 240390
   Deputy Attorney General
5   110 West A Street, Suite 1100
    San Diego, CA 92101
6   P.O. Box 85266
    San Diego, CA 92186-5266
7   Telephone: (619) 645-2077
    Fax: (619) 645-2581
8   Email: Stephanie.Chow@doj.ca.gov

9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID CARLTON BROWN,**<br><br>Petitioner,<br><br>v.<br><br>**M. E. POULOS, WARDEN,**<br><br>Respondent. | 08CV0017 JM (NLS)<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS**<br><br>U.S. Magistrate Judge: Hon. Nita L. Stormes |

TO PETITIONER DAVID CARLTON BROWN:

COMES NOW Respondent, M. E. Poulos, Warden, California Institute for Men, by and through his counsel, Edmund G. Brown, Jr., Attorney General for the State of California, and Stephanie H. Chow, Deputy Attorney General, and moves this Court to dismiss the instant Petition for Writ of Habeas Corpus because Brown is still pursuing remedies in state court, and the doctrine of abstention prescribes dismissal without prejudice.

///

///

///

      Respondent's motion to dismiss is based on the accompanying Memorandum of Points and Authorities in Support of Motion to Dismiss Petition for Writ of Habeas Corpus, the accompanying lodgments to that memorandum and the pleadings already contained in the Court's file.

      WHEREFORE Respondent respectfully requests:

1. The underlying petition for federal habeas relief be dismissed without prejudice; and
2. For any other relief as the Court deems proper.

Dated  April 9, 2008

                                      Respectfully submitted,

                                      EDMUND G. BROWN JR.
                                      Attorney General of the State of California
                                      GARY W. SCHONS
                                      Senior Assistant Attorney General
                                      PETER QUON, JR.
                                      Supervising Deputy Attorney General

                                      /s/ STEPHANIE H. CHOW

                                      STEPHANIE H. CHOW
                                      Deputy Attorney General

                                      Attorneys for Respondent

70119706.wpd
SD2008800562

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Brown v. Poulos**

No.:   **08CV0017 JM (NLS)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266.

On <u>April 9, 2008</u>, I served the attached **NOTICE OF MOTION AND MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS,** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Diego, California, addressed as follows:

David C. Brown
P.O. Box 600
California Institute for Men
Chino, CA 91708-0600

*pro-per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 9, 2008, at San Diego, California.

B. Trigueros
_____
Declarant

[signature: B. Trigueros]
_____
Signature

70119710.wpd