1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  GARY W. SCHONS
   Senior Assistant Attorney General
3  PETER QUON, JR.
   Supervising Deputy Attorney General
4  STEPHANIE H. CHOW, State Bar No. 240390
   Deputy Attorney General
5   110 West A Street, Suite 1100
    San Diego, CA 92101
6   P.O. Box 85266
    San Diego, CA 92186-5266
7   Telephone: (619) 645-2077
    Fax: (619) 645-2581
8   Email: Stephanie.Chow@doj.ca.gov

9  Attorneys for Respondent

10

11                IN THE UNITED STATES DISTRICT COURT

12              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13

14 | **DAVID CARLTON BROWN,**           | 08CV0017 JM (NLS)

15 |                      Petitioner,    | **NOTICE OF LODGMENTS**

16 |           v.                        | Hearing:
                                          Time:
17 | **M. E. POULOS, WARDEN,**           | Courtroom:
                                          Judge: Nita L. Stormes
18 |                      Respondent.    |

19

20     Respondent hereby lodges with the Court for consideration with these proceedings a copy of
21 the following documents:

22

23     1.   Clerks' Transcript, People v. Brown, Case No. SCD1778177 (one volume);

24     2.   Reporter's Transcript, People v. Brown, Case No. SCD178177 (seven volumes);

25     3.   Appellant's Opening Brief, People v. Brown, Case No. D050139;

26     4.   Respondent's Brief, People v. Brown, Case No. D050139;

27     5.   Appellant's Reply Brief, People v. Brown, Case No. D050139;

28     6.   Opinion, People v. Brown, Case No. D050139;

7.  Petition for Review, People v. Brown, Case No. S161395;

8.  Printout of California Supreme Court Docket, People v. Brown, Case No. S161395 (http://appellatecases.courtinfo.ca.gov/search/case/dockets.cfm?dist=0&doc_id=519559&doc_no=S161395);

9.  Petition for Writ of Habeas Corpus, Case No. D051427;

10. Order consolidating Petition for Writ of Habeas Corpus, Case No. D051427, with direct appeal, Case No. D050139;

11. Order denying Petition for Writ of Habeas Corpus, Case No. D051427;

12. Petition for Writ of Habeas Corpus, Case No. S150045;

13. Order denying Petition for Writ of Habeas Corpus, Case No. S150045;

14. Petition for Writ of Habeas Corpus, Case No. S157848;

15. Petition for Writ of Habeas Corpus, Case No. S159365.

Because these lodged documents are copies, Respondent does not request that they be returned.

Dated: April 9, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

GARY W. SCHONS
Senior Assistant Attorney General

PETER QUON, JR.
Supervising Deputy Attorney General


/s/ STEPHANIE H. CHOW

STEPHANIE H. CHOW
Deputy Attorney General

Attorneys for Respondent

70119936.wpd
SD2008800562

| | |
|---|---|
| 1 | **DECLARATION OF SERVICE BY U.S. MAIL** |
| 2 | Case Name:   **Brown v. Poulos** |
| 3 | No.:              **08CV0017 JM (NLS)** |
| 4 | I declare: |
| 5-7 | I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266. |
| 8-9 | On <u>April 9, 2008</u>, I served the attached **NOTICE OF LODGMENTS,** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Diego, California, addressed as follows: |
| 10-11 | David C. Brown<br>P.O. Box 600<br>California Institute for Men<br>Chino, CA 91708-0600 |
| 12 | *pro-per* |
| 14-15 | I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 9, 2008, at San Diego, California. |
| 16-17 | B. Trigueros / Declarant                    Signature |
| 18 | 70120152.wpd |