1  DAVID BROWN

2  F-55818

3  P.O. BOX 600 CIM/MSF

4  CHINO, CA. 91708-0600

5  IN PROPRIA PERSONA

FILED
MAY - 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BROWN | CASE # 08 CV 0017 JM (NLS) |
| PETITIONER | |
| VS. | NOTICE OF MOVE |
| M. E. POULOS (WARDEN) ET. AL; | |
| RESPONDENT(S) | |

TO THE HONORABLE COURT, AND ALL PARTIES CONCERNED: PETITIONER DAVID BROWN, NOW COMES TO NOTIFY THE COURT, THAT HE IS TO BE PAROLED ON MAY 8, 2008 TO THE COUNTY OF SAN DIEGO IN CALIFORNIA SOUTHERN DISTRICT.

DATE: MAY 1, 2008

RESPECTFULLY SUBMITTED

DAVID BROWN IN PRO-PER