```
1  DAVID BROWN
2  F-55818
3  P.O. BOX 600 CIM/MSF
4  CHINO, CA. 91708-0600
5  IN PROPRIA PERSONA
```



FILED
MAY - 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BROWN<br><br>PETITIONER<br><br>VS<br><br><br><br>M. E. POULOS (WARDEN) ET. AL;<br>RESPONDENT(S) | CASE # 08 CV0017 JM (NLS)<br><br>NOTICE OF LODGMENT IN 28 U.S.C.<br><br>§2254 HABEAS CORPUS CASE<br><br>TO BE SENT TO CLERK'S OFFICE |

TO THE HONORABLE PRESIDING JUSTICE, AND ALL PARTIES CONCERNED:

PETITIONER DAVID BROWN, NOW COMES TO MAKE A LODGMENT IN 28 U.S.C.§ 2254 HABEAS CORPUS CASE. ALL RECORDS AND TRANSCRIPTS OF THE PRIOR COURT PROCEEDINGS.

<u>DECLARATION OF DAVID BROWN</u>

I, <u>DAVID BROWN,</u> DO DECLARE AS FOLLOWS:

1). THAT I AM THE DEFENDANT IN SAID ACTION.

2). THAT I AM OVER THE AGE OF 18 YEARS.

3). THAT I MAKE THIS DECLARATION IN SUPPORT OF THE LODGMENT IN 28 U.S.C. §2254 HABEAS CORPUS CASE

I, <u>DAVID BROWN,</u> DO DECLARE THAT THE AFOREMENTIONED IS TRUE AND CORRECT UNDER PENALTY OF PERJURY BY THE LAWS OF THE STATE OF CALIFORNIA.

DATE: May 1, 2008

RESPECTFULLY SUBMITTED

*[signature: David Brown]*

DAVID BROWN

IN PROPRIA PERSONA

MAY 1, 2008

TO THE CLERK OF THE COURT

PART OF THE LODGMENT WILL BE ARRIVING IN SEPARATE MAIL (TWO BOXES OF DOCUMENTS) BECAUSE APPELLATE ATTORNEY NO LONGER REPRESENT ME. I AM AT THE MERCY OF THE INSTITUTION TO HELP ME MAIL THESE DOCUMENTS..

IF IT PLEASES THE COURT

CAN THESE DOCUMENTS BE EXCEPTED AS PART OF MY LODGMENT

THANK YOU

MR. DAVID BROWN F55818

David Brown

# CALIFORNIA INSTITUTION FOR MEN
## PROOF OF SERVICE BY MAIL
(C.C.P. §1013a; §2015.5; Fed.R.Civ.P. 5; 28 U.S.C. 1746)

---

I am over the age of eighteen years, a citizen of the United States, a resident of the State of California, **(A)** and / and **not** a party to the within action. My mailing address is: P.O. BOX 600, CHINO, CA 91708-0600.

On the following date: **(B)** _DAVID BROWN MAY 1, 2008_, I served the following document(s): **(C)**

① _NOTICE OF LODGMENT IN 28 U.S.C. §2254 HABEAS CORPUS PETITION_
② _LETTER TO CLERK OF THE COURT_  ③ _NOTICE OF MOVE_

On the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, addressed as follows to the following parties: **(D)**

| | |
|---|---|
| U.S. DISTRICT COURT (SOUTHERN DISTRICT) | OFFICE OF ATTORNEY GENERAL |
| 880 FRONT ST RM #4290 | 110 WEST "A" STREET, STE #1100 |
| SAN DIEGO, CA. 92101 | P.O. BOX 85266 |
| | SAN DIEGO, CA. 92186-5266 |

I am readily familiar with the normal business practices for collection and processing of correspondence and other materials for mailing with the United States Postal Service. On the same day that correspondence is placed for collection and mailing, in a sealed envelope with postage fully prepaid, it is deposited in a box so provided at the correctional institution in which I am presently confined.

I certify (or declare) under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**(E)** Name: _DAVID BROWN_   CDCR#: _F55818_

Signed: _David C. Brown_   Dated: _MAY 1, 2008_

---

### CIM MAILROOM ACKNOWLEDGEMENT OF MAILING

DATED: _5/5/08_   STAFF: _[signature]_

SIGNED: _____