1. DAVID C. BROWN
2. F-55818
3. P.O. BOX 600 C.I.M.-M.S.F.
4. CHINO, CA. 91708-0600
5. IN PROPRIA PERSONA
6.
7.

**FILED**
MAY 1 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

8.      UNITED STATES DISTRICT COURT
9.      SOUTHERN DISTRICT OF CALIFORNIA
10.
11. DAVID BROWN          CASE # 08 CV 0017 JM(NLS)
12. PETITIONER
13.                      NEW NOTICE OF MOVE
14. VS.
15.
16.
17. M.E. POULOS (WARDEN) ET.AL.,
18. RESPONDENT(S)

19.     To THE HONORABLE COURT, AND ALL PARTIES
20. CONCERNED: NOW COMES THE PETITIONER DAVID BROWN
21. TO NOTIFY THE COURT OF HIS NEW RELEASE
22. DATE OF MAY 17, 2008. PETITIONER IS TO PAROLE
23. TO SAN DIEGO COUNTY (7276 GATEWOOD LN S.D. CA.
24. 92104). PLEASE TAKE NOTICE THAT C.D.C. HAS
25. CHANGED PRIOR RELEASE DATE. AND NOT THE PETITIONER'S
26. FRAUD. PLEASE CONTACT PAROLE OFFICER F. ALVARADO AT
27. THE EL CAJON PAROLE DEPARTMENT IN EL CAJON CITY

WDUS 2166

Sex Offender Tracking Program
P.O. Box 903387, Sacramento, CA 94203-3870

# NOTICE OF NARCOTIC OFFENDER REGISTRATION REQUIREMENT – 11590 H & S

*Please type or print required information*       (This is not the Registration form)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **PERSONAL HISTORY INFORMATION** | FULL NAME OF PERSON NOTIFIED | | Last: BROWN | | First: DAVID | | Middle: CARLTON |
| | DATE OF BIRTH: 07-11-1959 | SEX: M | RACE: B | HEIGHT: 601 | WEIGHT: 230 | EYES: BRO | HAIR: BRO | SOCIAL SECURITY NUMBER: 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 |
| | DRIVER'S LICENSE NUMBER: N6912881 | | CII NUMBER (SID): A06869011 | | FBI NUMBER: 253713JA3 | | INSTITUTION NUMBER: F55818 |
| **CONVICTION INFORMATION** | ARRESTING AGENCY: SAN DIEGO PD | DATE OF ARREST: 10-15-2003 | | PROSECUTING AGENCY: SAN DIEGO DA | | PROSECUTING AGENCY & CASE NUMBER: SCD178177 |
| | REGISTRABLE CONVICTION: HS 11352(A) | MISD | FEL: XX | DATE OF CONVICTION: 11-02-2006 | DATE OF SCHEDULED DISCHARGE OR RELEASE: 05-08-2008 | DATE PAROLE OR PROBATION EXPIRES: 05-08-2011 |
| **RELEASE INFORMATION** | ADDRESS WHERE PERSON NOTIFIED EXPECTS TO RESIDE UPON DISCHARGE, PAROLE, OR RELEASE (Full street address, city, and zip code): 291 JAMAETHA RD #65   EL CAJON   SD |
| | NAME OF AGENCY SUPERVISING PAROLE OR PROBATION: PAROLE HEADQUARTERS REGION IV | | NAME OF SUPERVISING PAROLE OR PROBATION OFFICER: OFFICER OF THE DAY |
| | ADDRESS: 21015 PATHFINDER RD. STE.200, DIAMOND BAR, CA 91765 | | TELEPHONE NUMBER: 909 468-2300 |

**NARCOTICS OFFENDER NOTIFICATION (11590 H & S)**

I have been notified of my duty to register as a convicted narcotics offender pursuant to section 11590 of the California Health and Safety Code. I understand that:

**NOTIFICATION STATEMENT**
- My responsibility to register as a narcotics offender shall terminate 5 years after my discharge from prison, release from jail, or expiration of parole or probation.
- I must register within 30 days of coming into any county or city, or city and county in which I am located or reside with the law enforcement agency having jurisdiction over my location or place of residence.
- I must, upon changing my location or place of residence, inform in writing within 10 days the law enforcement agency with which I last registered.
- If convicted in any other state court or any federal court, I am required to register under the provisions above.

SIGNATURE OF PERSON NOTIFIED: [signature]    9/27/07

NOTIFYING AGENCY: CALIF. INST. FOR MEN    ADDRESS: P.O. BOX 128  CHINO, CA 91710-0128    TELEPHONE NUMBER: 909 597-1821

**STATEMENT OF NOTIFYING OFFICER**
I certify that I notified the individual described above of his or her duty to register under provisions of the applicable statute.

SIGNATURE OF NOTIFYING OFFICER: [signature]    DATE OF NOTIFICATION: 9/27/07

NAME AND TITLE OF NOTIFYING OFFICER (PLEASE TYPE OR PRINT): F.N. SPIGNER  CC-1

DISTRIBUTION: Original to DOJ; Copy to Law Enforcement Agency having jurisdiction over address; Copy to Notifying Officer; Copy to Person Notified (registrant); Copy to Prosecuting Agency

OSP 04 83640

BROWN  F55818

MR. DAVID BROWN F55818
P.O. BOX 600 C.I.M-M.S.F.
CHINO, CA. 91708-0600

U.S. DISTRICT COURT
SOUTHERN DISTRICT of CALIFORNIA
880 FRONT ST. RM # 4290
SAN DIEGO, CA. 92101

"LEGAL MAIL"
"LEGAL MAIL"
"LEGAL MAIL"

$00.42
MAY 15 2008
MAILED FROM ZIP CODE 91710

92101+8929