1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | GARY W. SCHONS
Senior Assistant Attorney General
4 | KEVIN VIENNA
Supervising Deputy Attorney General
5 | ERIKA HIRAMATSU, State Bar No. 190883
Deputy Attorney General
6 |  110 West A Street, Suite 1100
San Diego, CA 92101
7 | P.O. Box 85266
San Diego, CA 92186-5266
8 | Telephone:  (619) 645-2224
Fax:  (619) 645-2191
9 | Email:  Erika.Hiramatsu@doj.ca.gov

10 | Attorneys for Respondents

11

12 | IN THE UNITED STATES DISTRICT COURT

13 | FOR THE SOUTHERN DISTRICT OF CALIFORNIA

14

15 | **DAVID CARLTON BROWN,**                              08-0017 JM (NLS)

16 |                                         Petitioner,       **REQUEST FOR FIRST
ENLARGEMENT OF TIME TO**
17 |             **v.**                                         **FILE RESPONDENT'S RENEWED
MOTION TO DISMISS HABEAS**
18 | **MATTHEW CATE, et al.,**                              **PETITION (28 U.S.C. § 2254)**

19 |                                       Respondents.

20

21 |         I, Erika Hiramatsu, declare the following under penalty of perjury under the laws of the

22 | United States:

23 |         This matter was previously assigned to deputy attorney general Stephanie Chow.  It is my

24 | information and belief that Ms. Chow was out of the country from August 10 through August 24,

25 | 2008, and did not return to the office until August 25, 2008.  On September 1, 2008, Ms. Chow

26 | transferred to the San Diego County District Attorney's Office on temporary assignment.

27 |         As of September 2, 2008, I am the deputy attorney general assigned to prepare

28 | Respondent's renewed Motion to Dismiss Petitioner's habeas petition pursuant to this Court's

RESPONDENT'S REQUEST FOR FIRST ENLARGEMENT OF TIME                                  08cv0017

1

1  August 5, 2008, Order in the above-entitled matter.

2  This is Respondent's first request for enlargement of time to file Respondent's Renewed

3  Motion to Dismiss, which is due September 19, 2008. I respectfully request time to file the Motion

4  be enlarged twenty-one (21) days to October 6, 2008, for the following reasons:

5  I was not involved in Petitioner's direct appeal and have no prior familiarity with his case.

6  While I have discussed the case with Ms. Chow, the volume of documents in the record, and the

7  manner in which they were written, will require additional time for review.

8  In addition to this case, I have been working on the following assignments: Respondent's

9  opposition to Petitioner's application for authorization to file a second or successive 28 U.S.C.

10  §2254 habeas corpus petition in Burton v. Adams, No. 08-71762 (9th Cir., filed Sept. 8, 2008);

11  Respondent's Motion to Dismiss Petition in Saenz v. Secretary, No. 08-0566 WQH (JMA) (S.D.

12  Cal., filed Sept. 10, 2008); and Respondent's Answer to Petition in Russell v. Martel, No. EDCV

13  08-963 AG (FFM) (C.D. Cal., due Sept. 20, 2008).

14  Petitioner appears to have been released on parole in May 2008. An enlargement of time

15  is required to allow sufficient time for drafting as well as supervisory review, revision, and clerical

16  processing.

17  For these reasons, I respectfully request the time for filing Respondent's Renewed Motion

18  to Dismiss be enlarged to and including October 6, 2008.

19  Dated:  September 15, 2008

20  Respectfully submitted,

21  EDMUND G. BROWN JR.
    Attorney General of the State of California

22  GARY W. SCHONS
    Senior Assistant Attorney General

23  KEVIN VIENNA
    Supervising Deputy Attorney General

24

25

      s/Erika Hiramatsu
26  ERIKA HIRAMATSU
    Deputy Attorney General
27  Attorneys for Respondents

28  80282413.wpd
    SD2008800562

    RESPONDENT'S REQUEST FOR FIRST ENLARGEMENT OF TIME                      08cv0017
                                            2

1

<u>**CERTIFICATE OF SERVICE BY U.S. MAIL**</u>

2

Case Name:   **Brown v. Cate**
No.:   **08CV0017 JM (NLS)**

3

I declare:

4

I am employed in the Office of the Attorney General, which is the office of a member of the

5

California State Bar, at which member's direction this service is made. I am 18 years of age or older
and not a party to this matter. I am familiar with the business practice at the Office of the Attorney

6

General for collection and processing of correspondence for mailing with the United States Postal
Service. In accordance with that practice, correspondence placed in the internal mail collection

7

system at the Office of the Attorney General is deposited with the United States Postal Service that
same day in the ordinary course of business.

8

On <u>September 15, 2008</u>, I served the following documents:

9

10

**REQUEST FOR FIRST ENLARGEMENT OF TIME TO FILE
RESPONDENT'S RENEWED MOTION TO DISMISS HABEAS PETITION;
ORDER GRANTING RESPONDENT'S REQUEST FOR ENLARGEMENT**

11

**OF TIME**

12

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in
the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite

13

1100, P.O. Box 85266, San Diego, CA  92186-5266, addressed as follows:

14

15

David Carlton Brown
7276 Gatewood Lane

16

San Diego, CA  92104

17

*In Pro Se*

18

19

# Electronic Mail Notice List

I have caused the above-mentioned document(s) to be electronically served on the following

20

person(s), who are currently on the list to receive e-mail notices for this case: None

21

# Manual Notice List

22

The following are those who are **not** on the list to receive e-mail notices for this case (who therefore
require manual noticing):  **David Carlton Brown**, at the above-named address.

23

24

I declare under penalty of perjury under the laws of the State of California the foregoing is true and

25

correct and that this declaration was executed on <u>September 15, 2008</u>, at San Diego, California.

26

Bonnie Peak

27

_____                    _____
Declarant                                                Signature

28

SD2008800562
80282530.wpd