**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID BROWN,<br><br>        Petitioner,<br>v.<br><br>MATTHEW CATE, Secretary of the<br>California Department of Corrections and<br>Rehabilitation,<br><br>        Respondent. | Civil No.08cv17 JM (NLS)<br><br>**ORDER GRANTING REQUEST FOR ENLARGEMENT OF TIME TO FILE RESPONDENT'S RENEWED MOTION TO DISMISS HABEAS PETITION**<br><br>[Doc. No. 25] |

    For good cause shown in Respondent's application, the Court **GRANTS** the motion for a twenty-one day enlargement of time. The Court **ORDERS** that Respondent file its motion to dismiss by *October 6, 2008*. Petitioner shall serve and file his opposition, if any, to the motion to dismiss no later than *November 3, 2008*.

    **IT IS SO ORDERED.**

DATED: September 16, 2008

                                                      */s/ Nita L. Stormes*<br>
                                                      Hon. Nita L. Stormes<br>
                                                      U.S. Magistrate Judge