# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CARLTON BROWN,<br><br>　　　　　　　　　　Petitioner,<br>v.<br><br>MATTHEW CATE, Secretary of the California Department of Corrections and Rehabilitation,<br><br>　　　　　　　　　　Respondent. | CASE NO. 08 CV 0017 JM (NLS)<br><br>**ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER AND TO FILE LODGMENTS**<br><br>Doc. No. 34 |

　　　Petitioner, proceeding *pro se* and *in forma pauperis*, filed a petitioner for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on January 2, 2008. (Doc No. 1.) On February 3, 2009, the court denied Respondent's motion to dismiss without prejudice to a "renewed motion to dismiss" addressing the merits of the Petition. (Doc. No. 33.) In that order, the court requested Respondent file several additional lodgments and set a filing deadline for both the motion and lodgments for March 20, 2009. The court clarifies a renewed motion to dismiss addressing the merits would constitute an Answer to the petition.

　　　Pending before the court is Respondent's motion for an enlargement of time to file the requested lodgments and the Answer. The court observes Respondent has already sought two extensions largely based on counsel's apparent inability to manage her workload, whereas Petitioner has sought none. Further, Respondent was given more than six weeks to comply with the current

1  court order, and as in the past, waited until late afternoon on the date the submissions were due to file
2  the request for an extension.  The current request again stems from counsel's time management
3  problems, as well as eleventh-hour "technological issues" and "the unpredictable availability of staff
4  for processing."  (Doc. No. 34 at 2.)  Despite these flimsy explanations, in the interest of addressing
5  issues on their merits, the court **GRANTS** Respondent's request, but cautions Respondent that any
6  further such requests will meet with disfavor without a *strong* showing of good cause.  The additional
7  lodgments requested by the court shall be filed **no later than March 23, 2009.**[1]  Respondent's Answer
8  shall be filed **no later than April 3, 2009.**  An Answer must comply with the instructions previously
9  provided by the court.  (See Doc. No. 7 at 2.)

10  If Respondent files an Answer, Petitioner may file a Traverse to matters raised therein **no later
11  than May 4, 2009.**[2]  Any traverse by Petitioner (a) shall state whether Petitioner admits or denies each
12  allegation of fact contained in the answer; (b) shall be limited to facts or arguments responsive to
13  matters raised in the answer; and (c) shall not raise new grounds for relief that were not asserted in
14  the Petition.  Grounds for relief withheld until the traverse will not be considered.  No traverse shall
15  exceed ten (10) pages in length absent advance leave of the court for good cause shown.

16  Unless otherwise ordered by the court, this case shall be deemed submitted on the day
17  following the date Petitioner's traverse is due.

18  **IT IS SO ORDERED.**

19  DATED:  March 25, 2009

Hon. Jeffrey T. Miller
United States District Judge

---

[1] The court observes Respondent lodged the additional documents on March 23, 2009.  (Doc. No. 35.)

[2] Petitioner filed a "Traverse" on May 7, 2008 without there being an Answer on record.  (Doc. No. 15.)  The court construed that filing as an opposition to Respondent's first Motion to Dismiss.