# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

DAVID CARLTON BROWN,

          V.

M.E. POULOS, Warden, et al.,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   08cv17-JM(NLS)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the court hereby adopts the Report and Recommendation in its entirety. The court denies Petitioner's request for reconsideration and for appointment of counsel...........................................................................................................................................................................................

| February 12, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee
(By) Deputy Clerk

ENTERED ON February 12, 2010